PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPARK NETWORKS USA, LLC, a Delaware entity, d/b/a WWW.ELITESINGLES.COM,<br><br>Defendant. | Case No. 5:25-cv-2372<br><br>**RESPONSE OF PLAINTIFF ARISHA BYARS TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiff Arisha Byars ("Plaintiff") respectfully submits the following response to this Court's Order to Show Cause re dismissal for lack of prosecution.

This matter has been settled, and Plaintiff and Defendant Spark Networks USA, LLC ("Defendant") have executed a written settlement agreement. The time for payment of the agreed settlement amount by Defendant has now passed.

Upon inquiry by Plaintiff's counsel regarding the status of payment, Defendant's counsel stated that there may be some delay in payment due to the filing of an insolvency proceeding by one of Defendant's entities in Germany, and that any payment would need to be approved by an insolvency administrator.

Plaintiff does not believe that this foreign insolvency proceeding should have any bearing on Defendant's obligation to make payment under the settlement agreement. If the proceeding in fact had any bearing on resolution of this matter, Defendant presumably would have filed a notice of same in this Court, which it has not done.

Under these circumstances, Plaintiff will, if necessary, bring a motion to enforce the settlement or to convert the settlement to a judgment, or other appropriate proceeding to require Defendant to make the agreed settlement payment. Plaintiff respectfully requests that this Court retain jurisdiction over this matter while these issues are being sorted out.

Dated: January 21, 2026

PACIFIC TRIAL ATTORNEYS, APC

By: ______________________________

Scott. J. Ferrell
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on January 21, 2026, I filed the foregoing **RESPONSE OF PLAINTIFF ARISHA BYARS TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell